IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| AARON PIERCY, as Administrator of the Estate of Dale Piercy,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY WILHELMI, individually and in his capacity as Sheriff of Whiteside County; JULIE WARKINS; DAN WILLIAMS; ADVANCED CORRECTIONAL HEALTHCARE, INC.; UNKNOWN ACH EMPLOYEES; TARRY WILLIAMS; MICHAEL LEMKE; RICARDO TEJEDA; NIKKI ROBINSON; GLEN ELBERSON; ROYCE BROWN-REED; ESTER MARTIN; CYNTHIA GARCIA; JOY VANDERWEIT; VALERIE CHRISTENSEN; MARY JO O'SULLIVAN; KHADEER AHMED; ARTHUR FUNK; VIPIN SHAH; EUARISTO AGUINALDO; PAUL TALBOT; SALEH OBAISI, WEXFORD HEALTH SOURCES, INC.; MELINDA PARRA; MEGAN PINAS; JOHN LOEROP; ATHENA ROSSITER; KRISTINA KASHIRSKY; CANDACE KAMINSKI; JENNIFER ENCARNACION; SAMPSON ONWUEYI; JAMIE PITTS; DONNA MORRIS; JOANNE WARREN; BRANDON WILK; RUKIYA COLONE; JENNIFER COLEMAN; SANDRA GEDMINAS; NURSE LIGGINS, L.P.N.; TIFFANY UTKE; NURSE LEWONDOWSKI; GERALD DIMAILIG; JENNIFER ASANTE; NURSE HUNT, R.N.; AMY BARTLETT; NURSE HARDY, L.P.N.; MARIAN ANDREWS; LINDA PARISI; LEE REDMAN; | CASE NO._____<br><br><br><br><br>MOTION TO QUASH OR IN THE ALTERNATIVE TRANSFER TO THE ISSUING COURT |

8:16-cv-00209-JMG-CRZ    Doc # 1    Filed: 05/13/16    Page 2 of 9 - Page ID # 2

CRAIG HOWARD; SARAH MAYS; ANDRIA BACOT; DAVID BARNES; NAVEEN NAGPAL; LORNA ANDERS; WENDY OLSEN-FOXON; REBECCA BUCZKOWSKI; KIMBERLY AYE; BURNADINE DAMON; MACIEJ TOMCZYK; BRYAN SULLIVAN; JASON WEINER; KENNETH WEST; ALSHEENA VAUGHN; ANGELA SMITH; STEPHEN JAMES; DARRIN ATKINS; CLARENCE EGBE; MICHAEL SIMMONS; KAYLA BROWN; LINDSAY NEILL; LT. BROWN; RANDA UWAINAT; JOHNNY FRAZIER; HERBERT HUGHEY; KESHA ALVAREZ; JEFFREY CLARK; ROBERT ARNDT; SHEILA BACKSTROM; LATAYA CRAWFORD; LT. KIRK; CESAR ANDRADE; ROSALIND ALLEN; GAYLA DICKERSON; ALLAN HOPKINS; BARTHOLOWMEW ALLEN; OFFICER BLAIR; DEREK ANDERSON; FELICIA WALTON; MARC ANASTACIO; OFFICER PATTERSON; PHILLIP MARTIN; STUART MAHEIA; LT. WARE; LOUIS KOVACH; STEVEN SELMON; ANDREW STRUB; AARON WINTERS; JAMES PORTER; DAVID SEYLLER; OLIVER HENDERSON; PEDRO DOMINGUEZ; TULINA LINDSEY; JEFFERY NURSE; SERGIO VALLE; EDDIE SMITH; OFFICER RAINES; ROBERT PETERSON; BRIAN KIERCZYNSKI; RICARDO SARABIA; OFFICER D. BATTS; ANTOINETTE HINTON; OFFICER THOMAS; KONRAD BORUTA; LT. WILLIAMS; TIMOTHY O'BRIEN; GHASSAN HANNA; STEPHEN CORNELIUS; DORSEY DOUGLAS; PATRICK McCARTHY; LYNDELL FOLA; STEVEN ERICKSON; MICHAEL BUCZKOWSKI; ANTHONY DAVIS; RALPH BURKYBILE; OFFICER MITCHELL; LT. JOHN DOE NOS. 1-2; OFFICER JOHN ROE NOS. 1-5,

Defendants.

2

Defendants, JULIE WARKINS, DAN WILLIAMS, and ADVANCED CORRECTIONAL HEALTHCARE, INC., move that the subpoenas set forth below be quashed or referred pursuant to Fed. R. Civ. P. 45(f) to the Northern District of Illinois from which they were served relating to a lawsuit ("underlying lawsuit") pending in the United States District Court for the Northern District of Illinois, Case No. 14-cv-7398.

1. In the past few weeks, Plaintiff issued subpoenas to forty-two facilities in eight states and eleven federal court districts where ACH contracted to provide medical services.[1] Each of the subpoenas requested the following documents:

---

[1] Plaintiff served subpoenas on a total of 42 ACH facilities. They served 19 counties on May 2:

> Cedar Co, IA Attn Brenda Johnson,
> Clayton IA Attn Tori, dispatch department,
> Itasca MN Attn Leah Gustafson, Civil Process Division,
> Lee Co. IL Atty Jack Skorgstad,
> Louisa Co. IA Attn Christie Palmer,
> Mercer Co., IL Atty Sheriff Staley,
> Muscatine Co. IA, Attn Brenda Eagle
> Whiteside Co. IL, Attn Tim Erickson
> Bond Co. IL, Attn Mary Essenpries
> Franklin Co. IL, Attn Julie Mabry
> Grundy Co. IL, Attn Ken White
> Jefferson Co. IL, Attn Capt. James Mount
> Marion Co. IL, Attn Carrie Smith
> Morgan Co., IL Attn Sheriff Randy Duvdendack,
> Moultrie Co. IL Attn Sheri Wahner
> Piatt Co. IL Attn Jackie Carr
> Saline Co. IL, Attn Misty Wilkerson
> Sangamon Co. IL, Attn Brenda James
> Poweshiek Co. IA, Attn Jail Civil Division

They served, or attempted to serve, the following 17 counties on May 9:

> Renville MN Attn Ned Wohlman
> Nicollett MN Attn Joel Polzin

1.  All marketing, advertising, or promotional materials, including but not limited to pamphlets, brochures, and power point presentations, provided or sent to the [County name] County Sheriff's Office, [County name] County Jail, or any employee of the [County name] County Sheriff's Office by Advanced Correctional Healthcare ("ACH").

2.  A copy of any contract between the County, Jail, or Sheriff, and ACH.

3.  Documents sufficient to show the names and any offers, bids, or marketing materials provided by competing medical care providers at or around the time the County elected to contract with ACH.

4.  A copy of the minutes of any County Board Meeting at which any contract with ACH was discussed.

---

Madison AL Attn Troy Fulk
Rice MN Attn Jake Marnienko
Morgan IN Attn David Rogers
Istanti MN Attn Capt. Valentine
Winona MN Attn Steve Buswell
Meeker MN Attn Joshua Berg
McLeod MN Attn Katie Jones
Faribault MN Attn Joe Anderson
Kanabec MN Attn Terry Wactler
Benton NE Attn Sheriff Heck
Jefferson NE Attn Sheriff Sorenson
Knox IL Attn Louis Glossip
Hall NE Attn Todd Bahensky
Wayne IN Attn Capt Brotz
Grant Co. KY Attn Lt. Wilson

On May 10, they served five more subpoenas:

Mower MN Attn Bob Roach
Steele MN, Attn. Jen Pfeifer
Wabasha MN, Attn Charlene Rickard
Woodbury IA Attn Lt. Lynette Phillips
Sheboygan WI Attn Capt. Paul Brinkman

On May 11, they served one more subpoena:

Goodhue Co. MN, Attn Capt. Brian Coleman

2. In this District, the court served subpoenas on Benton, Hall, and Jefferson Counties, copies of which are attached as Index Exhibits 2 – 4. Benton County Jail, Hall County County Jail, and Jefferson County Jail are not parties to the underlying lawsuit

3. The subpoena purportedly served on Benton County Jail, attn: Sheriff Heck, 606 3rd Street #3 in Fairbury, NE 68352 is invalid. (Index Ex. 2).

4. If the Court does not quash the subpoena to Benton County and with respect to the Jefferson and Hall Counties, Defendants respectfully request that this Motion to Quash be referred to District Judge Pallmeyer in the Northern District of Illinois to be consolidated with the other Motions to Quash being filed contemporaneously with this motion, so that they can be decided together and consistently. Fed. R. Civ. P. 45(f) ("When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances.").

5. It is in the interest of judicial economy that these motions be heard and decided by the District Judge who is overseeing this litigation, as the objections relate to the proper scope of the litigation for this case.

6. In the alternative, Defendants request that the Court quash the subpoenas as beyond the reasonable scope of discovery and disproportionate to the needs of the case.

7. Counsel for ACH, Peter Jennetten, attempted to confer with Plaintiff's counsel regarding this motion via telephone. Unfortunately, counsel was unable to resolve the foregoing issues.

WHEREFORE, Defendants, JULIE WARKINS, DAN WILLIAMS, and ADVANCED CORRECTIONAL HEALTHCARE, INC., respectfully pray that the Court enter an Order granting this motion, quashing the subpoenas identified above or transferring the motion to the Northern District of Illinois, Case No. 14-cv-7398, *Piercy v. Wilhelmi, et al.,* for resolution, that they have their costs and attorney's fees, and for such other and further relief as the Court deems just.

DATED This 13th Day of May, 2016.

JULIE WARKINS, DAN WILLIAMS, and
ADVANCED CORRECTIONAL HEALTHCARE, INC.,
Defendants


By: _____ */s/ Jay D. Koehn* _____
      J. Scott Paul (NE 16635)
      Jay D. Koehn (NE 25784)
      McGrath North Mullin & Kratz, PC LLO
      First National Tower, Suite 3700
      1601 Dodge Street
      Omaha, Nebraska 68102
      (402) 341-3070
      (402) 341-0216 fax
      ATTORNEYS FOR DEFENDANTS

      -and-

      Peter R. Jennetten (Illinois Bar No. 6237377)
      pjennetten@quinnjohnston.com
      Christina E. Cullom (Illinois Bar No. 6305688)
      ccullom@quinnjohnston.com
      QUINN, JOHNSTON, HENDERSON, PRETORIUS &
      CERULO
      227 N.E. Jefferson Ave.
      Peoria, IL  61602-1211
      (309) 674-1133 (phone)
      (309) 674-6503 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on **May 13, 2016**, I served this **Motion to Quash Subpoenas** via certified U.S. Mail to the deponents listed below and via electronic mail to the attorneys listed below:

Hall County Jail                                    **Deponent**
Attn: Todd Bahensky, Director
110 Public Safety Dr.
Grand Island, NE  68801


Jefferson County Jail                               **Deponent**
Attn: Sheriff Sorensen
606 3rd St.
#3
Fairbury, NE  68352


Michael Kanovitz                                    **Attorneys for Plaintiff**
michael@loevy.com
Vincenzo Field
vince@loevy.com
Gretchen E. Helfrich
gretchen@loevy.com
Sarah Grady
sarah@loevy.com
Loevy & Loevy
312 N. May St.
Suite 100
Chicago, IL  60607


Gerard W. Cook                                      **Attorneys for Kelly Wilhelmi**
gcook@okgc.com
Bhairav Radia
bradia@okgc.com
Katharine P.A. Smeenk
ksmeenk@okgc.com
Daniel T. Corbett
dcorbett@okgc.com
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Rd.

Suite 475
Northbrook, IL  60062

Lyle K. Henretty                                   **Attorneys for IDOC Defendants**
lhenretty@atg.state.il.us
Jennifer M. Lutzke
jlutzke@atg.state.il.us
Office of the Illinois Attorney General
100 W. Randolph St.
13th Floor
Chicago, IL  60601

Michael R. Slovis                                  **Attorneys for Wexford Health Sources, et al.**
mslovis@cmvlaw.com
Kenneth D. Seale
kenneth@cmvlaw.com
Cunningham, Meyer & Vedrine, P.C.
One E. Wacker Dr.
Suite 2200
Chicago, IL  60601

Ryan M. Henderson                                  **Local Counsel for Julie Warkins,**
rhenderson@wwmlawyers.com               **Dan Williams, and Advanced Correctional**
Kevin G. Mikulaninec                          **Healthcare, Inc.**
kmikulaninec@wwmlawyers.com
Walker Wilcox Matousek LLP
One N. Franklin St.
Suite 3200
Chicago, IL  60606-3610


                    _/s/ Jay D. Koehn_