IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AARON PIERCY, as Administrator of the Estate of Dale Piercy;<br><br>    Plaintiff,<br><br>vs.<br><br>KELLY WILHELMI, individually and in his capacity as Sheriff of Whiteside County, et. al;<br><br>    Defendants. | **8:16CV209**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Peter R. Jennetten, Christina E. Cullom, and the Quinn, Johnston, Henderson, Pretorius & Cerulon law firm, as counsel of record for Defendants Julie Warkins, Dan Williams, and Advanced Correctional Healthcare, Inc., (filing no. 10), is granted.

May 16, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge