IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AARON PIERCY, as Administrator of the Estate of Dale Piercy;<br><br>Plaintiff,<br><br>vs.<br><br>KELLY WILHELMI, individually and in his capacity as Sheriff of Whiteside County, et. al;<br><br>Defendants. | 8:16CV209<br><br>ORDER |

IT IS ORDERED that the motion to permit Ryan M. Henderson and Kevin G. Mikulaninec of the law firm Walker Wilcox Matousek LLP to withdraw as counsel of record for Defendants Julie Warkins, Dan Williams, and Advanced Correctional Healthcare, Inc., (Filing No. 13), is granted.

May 20, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge