IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AARON PIERCY, as Administrator of the Estate of Dale Piercy,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY WILHELMI, individually and in his capacity as Sheriff of Whiteside County, et al.,<br><br>Defendants. | 8:16-CV-209<br><br>ORDER TO SHOW CAUSE |

The Magistrate Judge denied the defendants' motion to quash or transfer (filing 1) on June 22, 2016. Filing 19. No objection to that order was lodged, and at this point, nothing remains in this case for the Court's resolution. Accordingly, unless the defendants intend to pursue other relief from the Court, this case should be closed.

1. The defendants shall show cause, on or before September 1, 2016, why this case should not be closed.

2. Absent a response, this case will be closed without further notice.

3. The Clerk of the Court is directed to set a show cause deadline of September 1, 2016.

Dated this 25th day of August, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge