IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AARON PIERCY, as Administrator of the Estate of Dale Piercy, <br><br> Plaintiff, <br><br> vs. <br><br> KELLY WILHELMI, individually and in his capacity as Sheriff of Whiteside County, et al., <br><br> Defendants. | 8:16-CV-209 <br><br> ORDER |

The defendants were directed to show cause, on or before September 1, 2016, why this case should not be closed. Filing 20. No response has been filed. Accordingly,

IT IS ORDERED that this case is closed.

Dated this 9th day of September, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge